■ GENERAL ELECTRIC CREDIT CORPORATION, Respondent, v RODERICK ANDERSEN et al., Individually and Doing Business as ANDERSEN BOAT SHOP,

Appellants.—Judgment unanimously affirmed, without costs, upon the opinion at Special Term. (Appeal from judgment of Onondaga Supreme Court granting summary judgment.) Present—Marsh, P. J., Moule, Cardamone, Del Vecchio and Witmer, JJ.